

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  
*Facsimile: (413) 785-0394*

*Federal Building and Courthouse*
*300 State Street, Room 230*
*Springfield, Massachusetts 01105*

December 21, 2015

BY HAND

Alan J. Black, Esq.
48 Round Hill Road, Suite 1
Northampton, MA 01060

    Re:    United States v. Victor Stepus
             Criminal No. 15-30028-MGM

Dear Counsel:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following further discovery in the above-referenced case. The Government provides this discovery pursuant to the Court's Protective Order dated November 25, 2015.

    Please find enclosed one compact disc labeled "Stepus Notes/Journals and Draft Translations, containing draft translations and transcriptions of handwritten notes and journal entries of Defendant Victor Stepus.

    If you would like to review any of the computer forensic evidence or if you have any questions, please call me at (413) 785-0330.

                                 Very truly yours,

                                 CARMEN M. ORTIZ
                                 United States Attorney

              By:    *Steven H. Breslow*
                     Steven H. Breslow
                     Assistant U.S. Attorney

    Encl.
Cc:    Melissa Calderon
        Clerk to the Honorable Katherine A. Robertson
        (w/o enclosures)