*Law Office of*
# Alan J. Black
48 Round Hill Road, Suite 1
Northampton, MA   01060

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

February 2, 2016

Steve Breslow, AUSA
Office of the United States Attorney
300 State Street
Springfield, MA 01103

      **RE:**    **United States v. Victor Stepus**
              **Criminal 15-30028**

Dear Attorney Breslow:

      I am requesting that the United States Government provide me with the following discovery pursuant to Local Rule 116.3(A):

1     Please disclose the names of any and all expert witnesses the government intends to call in this case including the names and addresses, CVs, and a summary of their intended testimony, including the scientific basis under *Daubert* which underlies each opinion rendered.

2.     I would request that I along with an expert be allowed access to inspect the defendant's hard drive from the computer which was seized.

3.     Please provide me with any and all search warrant applications submitted to any court, *which have not previously been provided*, including but not limited to any search warrant applications that were denied by the Court or withdrawn by the government, including any and all supporting documentation.

 4.     I would request that I be allowed to inspect all child pornography seized during the search of the Defendant's home or during the search of defendant's computers.

      Please call me at (413) 732-5381 if you have any questions.

                                  Very truly yours,
                                  /s/ Alan J. Black
                                  Alan Jay Black, Esq.

cc: Melissa Calderon, Clerk to the Honorable Magistrate Judge Robertson