

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile: (413) 785-0394*

*Federal Building and Courthouse*
*300 State Street, Room 230*
*Springfield, Massachusetts 01105*

February 24, 2016

BY ECF

Alan J. Black, Esq.
48 Round Hill Road, Suite 1
Northampton, MA 01060

    Re:    United States v. Victor Stepus
             Criminal No. 15-30028-MGM

Dear Counsel:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following further discovery in the above-referenced case and responds to your discovery request dated February 2, 2016 (Document 44).

    1.    Request No. 1 (Expert witnesses). Special Agent Ian Smythe is preparing a *curriculum vitae* and a forensic report of the defendant's computer media, which I will provide for you upon receipt.

    2.    Request Nos. 2 and 4 (Inspection of computer media and child pornography). The Government will make available an image copy of the computer media for your expert to examine at the offices of the Federal Bureau of Investigation; please contact me when you have identified your expert and will make an appointment for him. As I indicated in my earlier correspondence, you are welcome to inspect the child pornography simply by making an appointment with me.

    3.    Request No. 3 (Search warrants). Your office has clarified that this request is limited to search warrants pertaining to the defendant Victor Stepus. The Government is unaware of any other search warrants pertaining to him.

                           Very truly yours,

                           CARMEN M. ORTIZ
                           United States Attorney

By: *Steven H. Breslow*
Steven H. Breslow
Assistant U.S. Attorney

Encl.
Cc: Melissa Calderon
Clerk to the Honorable Katherine A. Robertson
(w/o enclosures)