

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile: (413) 785-0394*

*Federal Building and Courthouse*
*300 State Street, Room 230*
*Springfield, Massachusetts 01105*

May 24, 2016

BY ENCRYPTED E-MAIL
BY ECF (w/o enclosure)

Alan J. Black, Esq.
48 Round Hill Road, Suite 1
Northampton, MA 01060

    Re:    United States v. Victor Stepus
            <u>Criminal No. 15-30028-MGM</u>

Dear Counsel:

      Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following further discovery in the above-referenced case. Please find enclosed three Child Identification Reports ("CIRs") from the National Center For Missing And Exploited Children. According to the CIRs, the defendant's collection included:

1. CIR 1: 1,422 image files depicting 181 identified series;

2. CIR 2: 120 video files depicting 69 identified series; and

3. CIR 3: 205 video files depicting 83 identified series.

                                      Very truly yours,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                    By:    <u>*Steven H. Breslow*</u>
                           Steven H. Breslow
                           Assistant U.S. Attorney

Encl.
Cc:    Melissa Calderon, Clerk to the Honorable Katherine A. Robertson (w/o enclosures)