UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**                                         **NO.: 15-30028**

   V.

**VICTOR STEPUS**

### APPEAL TO DISTRICT COURT JUDGE OF MAGISTRATE JUDGE ROBERTSON'S DETENTION ORDER ISSUED ON MAY 25, 2016

Now comes, Victor Stepus, through undersigned counsel, pursuant to United States Constitution and the Federal Rules of Criminal Procedure and hereby appeals Magistrate Judge Robertson's Detention Order issued on May 25, 2016.

The defendant has been held in this matter since August 21, 2015.  The defendant requested a detention hearing in this case as a result of the ruling by Judge William Young in the matter of *United States v. Alex Levin*, No. 15-10271.  In *Levin* Judge Young ruled that the Network Investigation Technique Warrant issued in the Eastern District of Virginia by Magistrate Judge Theresa Carroll Buchanan on February 20, 2015 was issued without jurisdiction and is therefore void <u>ab initio</u>.  A process identical to the process in the *Levin* matter was used in this matter.  The defendant argues therefore that as a result the strength of the evidence against him is substantially undermined as a result of this decision.

On May 23, 2016 a detention hearing was held in this matter in front of Magistrate Judge Robertson.  On May 25, 2016 Magistrate Judge Robertson issued a Detention Order, which committed the defendant to the custody of the Attorney

General until this case is resolved.  The defendant strongly disagrees with the Magistrate Judge's findings in her Detention Order that any combinations of conditions of release that were proposed at the detention hearing or those conditions that are available pursuant to 18 U.S.C. § 3142(c) would not assure the defendant's future court appearances.

WHEREFORE Mr. Stepus is requesting that the District Court Judge reverse the Detention Order issued by Magistrate Judge Robertson on May 25, 2016 and release the defendant from custody in this matter on any conditions of release that this Honorable Court sees fit.

The Defendant
By his Attorney,
/s/ Alan J. Black_____
Alan J. Black, Esquire
Law Offices of Alan J. Black
48 Round Hill Road, Suite 1
Northampton, MA  01060
(413) 732-5381
BBO # 533768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all parties involved on this 2nd day of June 2016.

/s/ Alan J. Black